**DENY; and Opinion Filed August 7, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00668-CV

### IN RE DAVID C. PETRUSKA, Relator

**Original Proceeding from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-03303-B**

## MEMORANDUM OPINION
Before Justices Francis, Brown, and Whitehill
Opinion by Justice Brown

Before the Court is relator's June 14, 2017 petition for writ of mandamus. In this original proceeding, relator complains the trial court abused its discretion by denying his motion for real party in interest to submit to a psychological examination by relator's expert. To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown he is entitled to the relief requested.

Accordingly, we deny relator's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).

/Ada Brown/
ADA BROWN
JUSTICE

170668F.P05